IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE SANCHEZ HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-05-531 |
| | § | Criminal Action No. H-03-410 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |
| | § | |

## FINAL JUDGMENT

As Jose Sanchez Hernandez's Motion to Vacate, Set Aside or Correct Sentence has been denied and the United States of America's Motion to Dismiss has been granted, the Court hereby

DISMISSES Jose Sanchez Hernandez's section 2255 motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 20th day of July, 2005.

*David Hittner*
_____

DAVID HITTNER

United States District Judge